Case 4:23-mj-00040-RJK   Document 1   Filed 04/27/23   Page 1 of 3 PageID# 1



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:23-MJ-40 |
| | ) (Misdemeanor) |
| HUNTER J. THOMASON | ) VA 19 |
| | ) |
| | ) Court Date: May 5, 2023 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E1249021

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 23, 2023, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, HUNTER J. THOMASON, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol.   (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-266 and 270(A)).

COUNT TWO
(Petty)  Ticket No. E1249022

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about April 23, 2023, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, HUNTER J. THOMASON, did unlawful consume an alcoholic beverage while driving a motor vehicle upon a public highway of the Commonwealth.

(In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-323.1).

## COUNT THREE
(Traffic Infraction)  Ticket No. E1249024

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about April 23, 2023, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, HUNTER J. THOMASON, did, while operating a motor vehicle on the highways of the Commonwealth, fail to have in his possession his driver's license, learner's permit, or temporary driver's permit. (In violation of Title 32, Code of Federal Regulations, Section 634.25 assimilating Code of Virginia, Section 46.2-104.)

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
JEFFREY L. PORTER
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-3442
Jeffrey.l.porter27.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on ⟨Apr 27⟩, 2023, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant HUNTER J. THOMASON.

By: _____
JEFFREY L PORTER
Attorney for the Government
United States Attorney's Office
2732 Madison Aven
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-3442
Jeffreyl.porter27.mil@army.mil